DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*gathompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL
DEVICE BUSINESS SERVICES INC.; JOHNSON &
JOHNSON (erroneously sued as "Johnson & Johnson,
Inc."); JOHNSON & JOHNSON SERVICES, INC.;
DEPUY INTERNATIONAL LIMITED (erroneously sued
as "DePuy International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SEALY, | Case No. CV18-01816-HSG |
| Plaintiffs, | **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |
| vs. | |
| DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | JURY TRIAL DEMANDED |
| | Complaint Filed: February 15, 2018 |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff

CHERYL SEALY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON,

JOHNSON & JOHNSON SERVICES, INC., DEPUY INTERNATIONAL LIMITED, THOMAS

CV18-01816-HSG

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

| | |
|---|---|
| 1 | P. SCHMALZRIED, M.D., and THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL |
| 2 | CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, |
| 3 | and pleadings in this action; and upon good cause shown, it is hereby ORDERED that: |

1. The Parties' request for a stay of proceedings is GRANTED;
2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;
3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT COURT

Barnes & Thornburg LLP
Attorneys At Law
Los Angeles